## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ANTHONY GASTON HARRELL, III,

      Petitioner,

v.                                       Case No. 8:22-cv-637-WFJ-SPF

STATE OF FLORIDA, et al.,

      Defendants.

_____ __/

## O R D E R

Before the Court is Mr. Harrell's petition filed against the State of Florida and others. After screening the petition, the Court has determined that it must be dismissed without prejudice.

The petition is rambling and essentially incomprehensible. Mr. Harrell appears to be a pre-trial detainee at the Hillsborough County Jail. However, it is not clear whether he challenges the fact or duration of his confinement or the conditions of his confinement. Nor does he identify what relief he seeks from the Court. In short, the nature of Mr. Harrell's cause of action is not readily determinable from a perusal of his petition.

Accordingly, the petition (Doc. 1) is **DISMISSED** without prejudice. The clerk must (1) close this case and (2) send to Mr. Harrell a civil rights complaint

form, a petition for the writ of habeas corpus under 28 U.S.C. § 2241 form, and a

motion for leave to proceed *in forma pauperis* form.

ORDERED in Tampa, Florida, on March 21, 2022.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to: Anthony Gaston Harrell, III, *pro se*

2